UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAURA MONTOYA,

    Plaintiff,

v.                                      CASE NO. 3:16cv92-MCR-EMT

DAVID MORGAN, individually and
in his official capacity as SHERIFF,
ESCAMBIA COUNTY, FLORIDA;
ERIC HAINES; RICKY SHELBY;
FRED ALFORD; ALLEN, NORTON
& BLUE, P.A.; J. WES GAY; and
DEBRA D. LITTLE,

    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to 28 U.S.C. 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and any objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion for Attorneys' Fees, Costs, and Expenses Under 28 U.S.C. Section 1927 Against Plaintiff's Counsel, ECF No. 54, is **DENIED**.

**DONE AND ORDERED** this 15th day of December 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**